AO 442 (Rev. 11/11) Arrest Warrant

FID: 10356969

FILED
SEP 2 2 2017
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

## UNITED STATES DISTRICT COURT
for the
Eastern District of California

United States of America
v.
CARLOS PEREZ

)
)   Case No. 1:17 CR 173 DAD BAM
)
)
)
)

*Defendant*

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* CARLOS PEREZ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

21 U.S.C. § § 846,841(a)(1) – Conspiracy to Distribute and to Possess with Intent to Distribute Methamphetamine, Cocaine, and Heroin

Date: 7/20/17

*Issuing officer's signature*

S. Martin-Gill
*Printed name and title*

City and state: Fresno, CA

### Return

This warrant was received on *(date)* 7-21-17, and the person was arrested on *(date)* 9-15-17
at *(city and state)* Modesto, CA.

Date: 9-15-17

FBI
*Arresting officer's signature*

*Printed name and title*